WILLIAMS, Appellant, v. PILLING et al., Respondents. (Supreme Court, Appellate Divi-

sion, Third Department. January 6, 1909.) Action by Thomas M. Williams against William S. Pilling and Theron I. Crane, individually and as copartners doing business under the firm name of Pilling & Crane. No opinion. Interlocutory judgment unanimously affirmed, with costs.